THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
(GREENBELT DIVISION)

| | | |
|---|---|---|
| **In re:** | * | |
| **BURTONSVILLE CROSSING, LLC** | * | Case No. 21-10491 |
| | * | Chapter 11 |
| Debtor. | * | |

* * * * * * * * * * * * *

| | | |
|---|---|---|
| **In re:** | * | |
| **ELDERHOME LAND, LLC** | * | Case No. 21-10492 |
| | * | Chapter 11 |
| Debtor. | * | Jointly Administered Under 21-10492 |

* * * * * * * * * * * * *

## LINE ATTACHING (I) AMENDED AND RESTATED PREPAID FORWARD PURCHASE AGREEMENT AND (II) PROPOSED ORDER

Burtonsville Crossing, LLC and ElderHome Land, LLC, debtors and debtors-in-possession (collectively the "Debtors"), file this Line Attaching (I) Amended and Restated Prepaid Forward Purchase Agreement and (II) Proposed Order and, in support thereof, state as follows:

1. On July 30, 2021, the Debtors filed a Motion for Authority to Enter into Prepaid Forward Purchase Agreement and Related Documents (the "Motion") [Docket No. 57].

2. Millenium Investment Group, LLC ("Millenium") and the United States Trustee filed Oppositions to the Motion.

3. A hearing on the Motion was conducted on August 18, 2021.

1

4. At the conclusion of the hearing, the Court approved the Motion, subject to certain modifications to the Prepaid Forward Purchase Agreement and the form of proposed order.

5. The Debtors prepared an Amended and Restated Prepaid Forward Purchase Agreement (the "Amended and Restated Agreement"), incorporating the concerns and comments raised by the Court and the United States Trustee. The Debtors circulated the Amended and Restated Agreement and revised proposed order to Millenium and the United States Trustee. Other than an additional modification sought by the United States Trustee to the indemnification paragraph (¶ 9.1(b)), which is now incorporated in the Amended and Restated Agreement, no other revisions or modifications were requested.

6. A red-line and clean copy of the Prepaid Forward Purchase Agreement, as amended and restated, and the accompany Transaction Documents, are attached hereto as Exhibits A and B.[1]

7. Finally, simultaneous with filing of this Motion, because the Budget reveals, *inter alia,* amounts budgeted for certain aspects of the proposed litigation, the Debtors will file the Budget referenced in the Amended and Restated Agreement under seal, and provide an unsealed copy to the United States Trustee.

8. A proposed order for the Court's consideration is also attached hereto.

Date: August 26, 2021

                Respectfully submitted,

                MCNAMEE HOSEA, P.A.

---

[1] Within three (3) business days of approval of the Motion, the Debtors will file the signed/fully executed Amended and Restated Agreement, identical in form and substance to the attached Amended and Restated Agreement.

        <u>/s/ Steven L. Goldberg</u>
        Steven L. Goldberg (Fed Bar No. 28089)
        6411 Ivy Lane, Suite 200
        Greenbelt, MD 20770
        (t) 301-441-2420
        (f) 301-982-9450
        [sgoldberg@mhlawyers.com](mailto:sgoldberg@mhlawyers.com)
        *Counsel to the Jointly Administered Debtors*

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 26th day of August, 2021, a true and correct copy of the foregoing has been furnished by first class mail and/or electronically to:

**By CM/ECF**

Lisa Stevens (lisa.y.stevens@usdoj.gov)
Thomas Kokolis (tjokolis@pskfirm.com)
Marc Carmel (mcarmel@mcdonaldhopkins.com)
Zvi Guttman (zvi@zviguttman.com)

                                       /s/ Steven L. Goldberg
                                        Steven L. Goldberg