Entered: October 26th, 2023
Signed: October 25th, 2023
**SO ORDERED**



_____
**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# (Greenbelt Division)

| | | |
|---|---|---|
| **In re:** | * | |
| **BURTONSVILLE CROSSING, LLC,** | * | **Case No. 21-10491-MCR** |
| | | **Chapter 11** |
| Debtor. | * | |
| **In re:** | * | |
| **ELDERHOME LAND, LLC** | * | **Case No. 21-10492-MCR** |
| | | **Chapter 11** |
| Debtor. | * | |
| | * | **Jointly Administered Under Case No. 21-10492-MCR** |

*   *   *   *   *   *   *   *   *   *   *   *   *

### ORDER GRANTING MOTION TO MODIFY CONFIRMED
### SECOND AMENDED JOINT PLAN OF REORGANIZATION

Upon consideration of the Motion to Modify Confirmed Second Amended Joint Plan of Reorganization (the "Motion") filed by Burtonsville Crossing, LLC ("Burtonsville Crossing") and ElderHome Land, LLC ("ElderHome Land," and collectively with Burtonsville Cross, the "Debtors"), the objections to the Motion filed by Millenium Investment Group, LLC ("Millenium") and the United States Trustee, the responses filed by Eagle Commercial Ventures, LLC; EagleBank, and *SC210034, LLC*; it appearing that proper notice of the Motion has been

given, and it appearing that there is sufficient cause for granting the relief requested in the Motion, it is, by the United States Bankruptcy Court for the District of Maryland, hereby

**ORDERED,** that for the reasons set forth on the record at the hearing on the Motion on October 19, 2023, the Motion is GRANTED; and it is further

**ORDERED,** that as requested in the Motion, the Debtors are granted a six (6) month extension to perform under the terms of their confirmed Chapter 11 Plan; it is further

**ORDERED,** that the Plan is modified to allow the Debtors until April 24, 2024 to refinance the Burtonsville Crossing Property and/or the ElderHome Land Property (as defined in the Motion); and it is further

**ORDERED,** that in the event the secured debt owed to Millenium is not paid in full on or before December 23, 2023, the interest rate paid to Millenium on its claim shall increase to eighteen percent (18%) beginning on December 23, 2023, and accruing until the Millenium claim is paid in full; and it is further

**ORDERED,** that except as expressly modified by this Order, the terms of the Debtors' Second Amended Plan shall not be deemed to have been amended, modified or changed in any respect.

**AGREED TO AS TO FORM:**

| | |
|---|---|
| /s/ Richard L. Costella<br>Richard L. Costella, Fed. Bar No.: 14095<br>Tydings & Rosenberg LLP<br>1 East Pratt Street, Suite 901<br>Baltimore, Maryland 21202<br>Tel. (410) 752-9700<br>Email: rcostella@tydings.com<br>         agrochal@tydings.com<br><br>*Attorneys for the Debtors* | /s/ Michael J. Lichtenstein<br>Michael J. Lichtenstein, Esquire<br>Shulman Rogers Gandal Pordy & Ecker, PA<br>12505 Park Potomac Avenue, 6th Floor<br>Potomac, MD 20854<br>Email: mjl@shulmanrogers.com<br><br><br>*Attorney for Eagle Commercial Ventures, LLC<br>Eagle Bancorp, Inc., and EagleBank* |

| | |
|---|---|
| /s/ Lisa Yonka Stevens<br>Lisa Yonka Stevens, Esquire<br>Office of the U.S. Trustee<br>6305 Ivy Lane, Suite 600<br>Greenbelt, MD 20770<br>Email: lisa.y.stevens@usdoj.gov<br><br>*Office of the U.S. Trustee* | /s/ Thomas John Kokolis<br>Thomas Jonathan Kokolis, Esquire<br>Parker, Simon & Kokolis, LLC<br>110 North Washington Street, Suite 500<br>Rockville, MD 20850<br>Email: tkokolis@pskfirm.com<br><br>*Attorney for Millenium Investment Group, LLC* |
| /s/ Craig B. Leavers<br>Craig B. Leavers, Esquire<br>The Law Offices of Craig B. Leavers<br>P.O. Box 306<br>Cockeysville, Maryland 21030<br>Email: craig@leaverslaw.com<br><br>*Attorneys for SC210034, LLC* | |

**\*\*END OF ORDER\*\***