IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
<u>(Greenbelt Division)</u>

| | | |
|---|---|---|
| **In re:** | * | |
| **BURTONSVILLE CROSSING, LLC,** | * | Case No. 21-10491-MCR<br>Chapter 11 |
| Debtor. | * | |
| **In re:** | * | |
| **ELDERHOME LAND, LLC** | * | Case No. 21-10492-MCR<br>Chapter 11 |
| Debtor. | * | |
| | * | **Jointly Administered Under<br>Case No. 21-10492-MCR** |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

<u>**LINE SUBMITTING STATUS REPORT**</u>

The Debtors, by and through their undersigned counsel, Alan M. Grochal, Richard L. Costella, and Tydings & Rosenberg LLP, hereby submits as **<u>Attachment A</u>** the Debtors' Status Report as of October 31, 2023.

Dated: November 10, 2023.                             Respectfully Submitted,

/s/ Richard L. Costella
Richard L. Costella, Fed. Bar No.: 14095
Alan M. Grochal, Fed. Bar No.: 01447
Tydings & Rosenberg LLP
1 East Pratt Street, Suite 901
Baltimore, Maryland 21202
Tel. (410) 752-9700
Email: rcostella@tydings.com
          agrochal@tydings.com

*Attorneys for the Debtors*

6045367.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of November, 2023, the foregoing ***LINE*** was electronically served via the Court's CM/ECF system on the following:

Marc Carmel
McDonald Hopkins, LLC
300 North LaSalle S.
Suite 1400
Chicago, IL 60654
mcarmel@mcdonaldhopkins.com
*Attorney for SC210034, LLC*

Zvi Guttman
The Law Offices of Zvi Guttman, P.A.
P.O. Box 32308
Baltimore, MD 21282
zvi@zviguttman.com
*Attorney for SC210034, LLC*

Thomas Jonathan Kokolis
Parker, Simon & Kokolis, LLC
110 North Washington Street, Suite 500
Rockville, MD 20850
tkokolis@pskfirm.com
*Attorney for Millenium Investment Group, LLC*

Alan J. Perlman
350 East Las Olas Blvd., Suite 1750
Ft. Lauderdale, FL 33301
aperlman@dickinsonwright.com
*Attorney for Millenium Investment Group, LLC*

Michael J. Lichtenstein
Shulman Rogers Gandal Pordy & Ecker, PA
12505 Park Potomac Avenue, 6th Floor
Potomac, MD 20854
mjl@shulmanrogers.com
*Attorney for Eagle Commercial Ventures, LLC, Eagle Bancorp, Inc., and EagleBank*

6045367.1

Lisa Yonka Stevens
Office of the U.S. Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770
lisa.y.stevens@usdoj.gov
*U.S. Trustee*

Craig B. Leavers, Esquire
The Law Offices of Craig B. Leavers
P.O. Box 306
Cockeysville, Maryland 21030
Email: craig@leaverslaw.com
*Attorneys for SC210034, LLC*

                                              /s/ Richard L. Costella
                                              Richard L. Costella

6045367.1