# EXHIBIT A

**ELDERHOME LAND, LLC and BURTONSVILLE CROSSING, LLC**
Project Work/Pre-Development Status Report and Activity Summary
As of October 31, 2023

I. <u>**PRE-DEVELOPMENT ACTIVITY (ELDERHOME LAND):**</u>

| Activity | Time Frame | Status |
|---|---|---|
| Prepared Site Plan for various County submittals: | Jan 2022-present | On-going |
|     Incorporate County Comments | Winter 2022 | |
|     Re-submit Revised Design | March 14, 2022 | |
|     County sends to other agencies | April 2022 | |
|     Incorporate County Comments | Spring 2022 | |
|     Addressed various County comments and re-submitted | | |
| Prepared and Held Community meeting | April-August 2022 | Done |
|     Prepare list of neighbors, HOAs, civic associations, etc. | | |
|     Mailings to neighbors, HOAs, etc. | | |
|     Post Signs for hearing as required | | |
|     Community Meeting (pre-submittal) | 8/26/22 | |
| Prepared Traffic Study | July-October 2022 | On-going |
|     Incorporate County comments | | |
|     Re-submit to County | | |
| Prepared and submitted NRI/FSD to County | 9/20/22-10/19/22 | Done |
|     Submit Natural Resources Inventory (NRI) to County | | |
|     Submit Forest Stand Delineation (FSD) to County | | |
|     Incorporate County comments | | |
|     Re-submit to County | | |
|     Incorporate County comments | | |
| Prepared Conditional Use Filing | 9/27/22-11/10/22 | Done |
|     Prepare and compile all documents required | | |
| Submitted Conditional Use Filing to County | 11/10/22-12/2/22 | Done |
|     Incorporate County comments | | |
|     Re-submit to County (County has new system) | | |
| Re-Submitted Conditional Use Filing to County | 12/2/22 | On-going |
| County Intake | 12/20/22-2/28/23 | Done |
| County Acceptance of Conditional Use Filing | 3/1/23 | Done |

| | | |
|---|---|---|
| Post Signs on Property for Conditional Use | 3/10/23-3/23/23 | Done |
| Development Review Committee (DRC) project Meeting | 3/28/23 | Done |
| Re-Submit engineering and architectural plans | 3/28/23-9/26/23 | Done |
|     Responses to DRC comments | | |
|     Meeting with County | 4/26/23 | |
|     Address comments and resubmit plans | July 2023 | |
|     Address new agency comments | | pending |
| County Staff Review | | pending |
|     Respond to County Comments by 11/22/23 | | |
|     All Agency approvals by 12/12/23 | | |
| Planning Board Meeting – 1/25/24 | | pending |
| Administrative Hearing – 2/16/24 | | pending |
|     OZAH Report prepared within 60 days | | |
| Estimated Final Completion – 4/16/24 | | |

## II.    FINANCING ACTIVITY (ELDERHOME LAND):

ElderHome Land has two letters of intent ("LOI") that they are proceeding with, and each LOI will be sufficient to pay off the debt that is secured by ElderHome's real property.

## III.    STATUS OF BURTONSVILLE CROSSING:

Burtonsville Crossing has executed an LOI for the sale of its real property, in the amount of $6 million, with a work force housing developer/builder.